742

158 A.3d 1230

Gary WALLACE, Petitioner

v.

Brenda TRITT, Superintendent, Respondent

No. 352 MAL 2016

Supreme Court of Pennsylvania.

October 4, 2016

## ORDER

PER CURIAM

**AND NOW,** this 4th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**